AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thurston, Jennifer L. | Eastern District-California | 05/3/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

510 19th Street, Suite 200
Bakersfield, CA 93301

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (See Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | Continuing participation in Kern County Deferred Compensation (457 plan) (former employer), no income |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed real estate agent |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Duke University | 5/21/2016-6/17/2016- Scholarship for the LLM Program in Judicial Studies | $22,540.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | A | Interest | M | T | | | | | |
| 2. Morgan Stanley Account (cash equivalency) | | None | M | T | | | | | |
| 3. WW Sycamore Farms LP | D | Distribution | M | W | | | | | |
| 4. Sunrise Terrace Madera Apartments LP | D | Distribution | L | W | | | | | |
| 5. Beechwood LP | C | Distribution | L | W | | | | | |
| 6. GSF Summer Place Investors LP | F | Distribution | N | W | | | | | |
| 7. GSF Springs Investors LP | E | Distribution | N | W | | | | | |
| 8. VV Apts. LLC | F | Distribution | O | W | | | | | |
| 9. 1951 Golden State LLC | C | Distribution | L | T | | | | | |
| 10. GSF Edgewater Investors LP | D | Distribution | L | W | | | | | |
| 11. Morgan Stanley SEP IRA | | | | | | | | | |
| 12. --Bank Deposit Program, Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 13. --AMCAP Fund Class C | E | Dividend | M | T | | | | | |
| 14. --Capital Income Builder Fund Class C | E | Dividend | M | T | | | | | |
| 15. --Capital World Growth & Income Fund Class C | D | Dividend | L | T | | | | | |
| 16. --Europacific Growth Fund Class C | B | Dividend | L | T | | | | | |
| 17. --Franklin Gold & Precious Metals Fund Class C | D | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thurston, Jennifer L. | 05/3/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fundamental Investors Fund Class C | E | Dividend | M | T | | | | | |
| 19. --Prudential Jennison Natural Resources Fund Class C | A | Dividend | K | T | | | | | |
| 20. --US Treasury Notes Ser B - 2018 | B | Interest | K | T | | | | | |
| 21. --Beal Bank USA Las Vegas NV CD | A | Interest | M | T | Buy | 06/22/16 | M | | |
| 22. --Discover BK Greenwood DE CD | A | Interest | | | Redeemed | 06/22/16 | M | | |
| 23. --American Balanced C | D | Distribution | L | T | | | | | |
| 24. WW Mandalay Preserve, LLC | C | Distribution | M | T | | | | | |
| 25. WW Multistate Properties I, LLC | E | Distribution | M | T | | | | | |
| 26. GSF Sunnyside Clovis Investors, LP | C | Distribution | M | W | | | | | |
| 27. GSF Maple Estates, LP | C | Dividend | M | W | | | | | |
| 28. WW Olympus Property IV, LLC | E | Distribution | L | W | | | | | |
| 29. Brookline Bank BROOKLINE MA CD | A | Interest | | | Redeemed | 12/30/16 | M | | |
| 30. GSF Lakeview Lemore Investors, LP | | None | M | T | Buy | 06/01/16 | M | | |
| 31. Olympus Property Fund V LLC | D | Distribution | M | T | Buy | 02/29/16 | M | | |
| 32. GSF West Pointe Investors, LP | D | Distribution | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Trust#1, indentified in Part I, consists of personal assets that are not otherwise reportable (i.e., home, cars, etc.) and items that are reportable. The items in Trust #1 that are reportable, are listed in Part VII, lines 1 through 10, lines 24 through 28 and line 11. (Line 11 is made up of the investments of the SEP detailed in lines 12-23 and 29 so these are part of the trust also).

2. As to the agreement listed in Part II, this refers to the 457 plan I have enrolled in when I was an employee of the County of Kern. I have continued to list "2009" as the date of the agreement because this is the year I separated from the County of Kern. Though I continue to have money in this plan, I cannot invest additional money and receive no income from it.

3. FirstBank CD Santure PR CD (former line 21) was deleted because it matured in 2016. In its place, Beal Bank USA Las Vegas NV CD was inserted as this is a replacement CD.

4. Brookline Bank Brookline MA CD (Line 29) was identified inadvertantenly last year as part of the trust. It is, but only through the SEP, described in line 11.

5. GSF West Pointe Investors, LP (Line 32) was inadvertantly left off last year's report. I am filing an amended report for 2015 herewith.

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer L. Thurston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544